IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID DWAYNE GATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-500-WKW |
| | ) | [WO] |
| ERIN MORRIS & THE | ) | |
| DEPARTMENT OF HUMAN | ) | |
| RESOURCES, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 24) to which Plaintiff has filed an objection (Doc. # 26). Based upon a *de novo* review of the Recommendation, 28 U.S.C. § 636(b), the court finds that the objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 26) is OVERRULED.

(2) The Recommendation (Doc. # 24) is ADOPTED.

(3) This case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 17th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE